IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                              NO. 4:05CR00089-03 JLH

TERRY COLEMAN                                                                       DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Terry Coleman' supervised release. Document #86. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **WEDNESDAY, SEPTEMBER 4, 2013, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **TERRY COLEMAN** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Justin T. Eisele has previously been appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 22nd day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE