IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          No. 4:05CR00089-03 JLH

TERRY COLEMAN                                                              DEFENDANT

**ORDER**

Pending before the Court is defendant's Unopposed Motion for Continuance of the revocation hearing currently set for Wednesday, September 4, 2013. The motion is GRANTED. Document #88. The revocation hearing will be reset by separate order.

IT IS SO ORDERED this 30th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE