IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                            NO. 4:05CR00089-03 JLH

TERRY COLEMAN                                                          DEFENDANT

**ORDER**

The hearing on the government's Motion to Revoke the Supervised Release of defendant Terry Coleman is hereby rescheduled for **THURSDAY, NOVEMBER 7, 2013, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #86.

IT IS SO ORDERED this 16th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE