**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                        NO. 4:05CR00089-03 JLH

TERRY COLEMAN                                                    DEFENDANT

### AMENDED ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant

Terry Coleman is hereby rescheduled for **THURSDAY, NOVEMBER 7, 2013, at 9:30 A.M.**, in

Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue,

Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should

not be revoked.  Document #86.

IT IS SO ORDERED this 24th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE