IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          NO. 4:05CR00089-03 JLH

TERRY COLEMAN                                                         DEFENDANT

## ORDER

Pending before the Court is the government's motion to dismiss the petition to revoke in this matter. Document #93. The motion is GRANTED, and the motion to revoke is hereby dismissed. Document #86. The hearing previously scheduled for Thursday, November 7, 2013, is cancelled.

IT IS SO ORDERED this 4th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE