# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. NO. 4:05CR00089-03 JLH | |
| TERRY COLEMAN | DEFENDANT |

### ORDER

At the conclusion of the supervised release revocation hearing February 6, 2014, the Court determined that the sentencing should be postponed for a period of sixty days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed. On March 13, 2014, a superseding motion to revoke supervised release was filed citing new allegations of noncompliance.

IT IS THEREFORE ORDERED that the sentencing hearing on the government's Superseding Motion to Revoke Supervised Release is hereby scheduled to begin on **THURSDAY, MARCH 27, 2014, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #103.

IT IS SO ORDERED this 13th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE